UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBIN HICKMAN,

Plaintiff,

v.

TWIN CITIES PUBLIC TELEVISION, a non-profit corporation, d/b/a KTCA-TV, Channel 2 and KTCI-TV, Channel 17, and James Pagliarini, and William Hanley, and Rene Ford, as officers and employees of Twin Cities Public Television,

Defendants.

Civil File No.: 00-450 (DSD/JMM)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

NOW COME the parties to the within action by their respective attorneys of record and, whereas said action has been fully compromises and settled, hereby stipulate that the action be dismissed, with prejudice, and on the merits, each party to pay its own costs and attorneys' fees herein expended.

Dated: Feb 28, 2001

WINTHROP & WEINSTINE

By: ____________________
David P. Pearson (#84712)
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 347-0700

Dated: March 2, 2001

WARD, GOINS & WOOD, P.A.

By: ____________________
Albert T. Goins, Sr. (#126159)
1919 University Avenue West
Suite One Sixteen
St. Paul, Minnesota 55104
(651) 642-9800

idmsmpl:441757_1

3-7-01
3-7-01

**ORDER**

Based on the foregoing Stipulation of the parties,

IT IS HEREBY ORDERED that this action be and hereby is dismissed, with prejudice, each party to pay its own costs and attorneys' fees herein expended.

LET JUDGEMENT BE ENTERED ACCORDINGLY.

Dated: 3/6/01

BY THE COURT:

David S. Doty
Judge of United States District Court